Motion by Ross J. Pepe, president of Construction Industry Council of Westchester and the Hudson Valley and Building Contractors Association, for leave to appear amicus curiae on the motion for leave to appeal herein granted and the affidavit is accepted as filed.

In the Matter of VILLAGE OF HAVERSTRAW, Appellant. AAA ELECTRICIANS, INC., Respondent.

Submitted July 28, 2014; decided September 23, 2014

Motion by Village of West Haverstraw for leave to appear amicus curiae on the motion for leave to appeal herein granted and the affidavit is accepted as filed.

In the Matter of VILLAGE OF HAVERSTRAW, Appellant. AAA ELECTRICIANS, INC., Respondent.

Submitted July 28, 2014; decided September 23, 2014

Motion by Westchester County Chamber of Commerce, Inc., doing business as The Business Council of Westchester, for leave to appear amicus curiae on the motion for leave to appeal herein granted and the affidavit is accepted as filed.

In the Matter of VILLAGE OF HAVERSTRAW, Appellant. AAA ELECTRICIANS, INC., Respondent.

Submitted July 28, 2014; decided September 23, 2014

Motion by City of New Rochelle for leave to appear amicus curiae on the motion for leave to appeal herein granted and the affidavit is accepted as filed.

In the Matter of VILLAGE OF HAVERSTRAW, Appellant. AAA ELECTRICIANS, INC., Respondent.

Submitted July 28, 2014; decided September 23, 2014